JUDGE CASTEL

'08 CIV 7004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
GUSTEN SHIPPING INC. and TANKER : 
PACIFIC MANAGEMENT (SINGAPORE): 
PTE LTD :
: 
            Plaintiff, :
:   08 CV
- against - :   ECF CASE
:
SEMEURO SUPPLY LTD. :
:
           Defendant. :
-------------------------------------------------X

RECEIVED AUG 06 2008 J.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiffs certify that the following are corporate parents, subsidiaries, or affiliates of the Plaintiffs:

NONE.

Dated: August 6, 2008
      New York, NY

                                 The Plaintiffs,
                                 GUSTEN SHIPPING INC. and TANKER
                                 PACIFIC MANAGEMENT (SINGAPORE)
                                 PTE LTD.

                                 By: *signature*
                                 Claurisse Campanale-Orozco (CC 3581)
                                 Thomas L. Tisdale (TT 5263)
                                 TISDALE LAW OFFICES, LLC
                                 11 West 42nd Street, Suite 900
                                 New York, NY 10036
                                 (212) 354-0025 – phone
                                 (212) 869-0067 – fax
                                 corozco@tisdale-law.com
                                 ttisdale@tisdale-law.com