```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
GUSTEN SHIPPING INC. and TANKER      :
PACIFIC MANAGEMENT (SINGAPORE):
PTE LTD                                              :

                          Plaintiff,           :

                                                        :       08 CV 7004 (PKC)

        - against -                              :       ECF CASE

                                                        :
SEMEURO SUPPLY LTD.               :

                          Defendant.        :
--------------------------------------------------X

### ORDER OF VOLUNTARY DISMISSAL

        Please take notice, there having been no appearance from any Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

Dated: New York, NY
        August 13, 2008

                                    By: _____
                                           Claurisse Campanale-Orozco (CC 3581)
                                           TISDALE LAW OFFICES, LLC
                                           11 West 42nd Street, Suite 900
                                           New York, NY 10036
                                           (212) 354-0025
                                           (212) 869-0067 – fax
                                           corozco@tisdale-law.com

_____
U.S.D.J.          8-25-08